IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TONEKA KNEELAND**                                                                               **PLAINTIFF**

**v.**                                     **Case No. 4:24-cv-00722-LPR**

**CELLCO PARTNERSHIP d/b/a**
**VERIZON WIRELESS**                                                           **DEFENDANT**

## **JUDGMENT**

Pursuant to the Order entered on September 26, 2025, and previous Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's case is dismissed with prejudice.

IT IS SO ADJUDGED this 26th day of September 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE